**H.B. CONSTRUCTION, INC. d/b/a Hill Brothers Construction, Inc., Appellant,**

v.

**SMITHVILLE 169, LLC, Respondent.**

No. WD 74471.

Missouri Court of Appeals, Western District.

Oct. 2, 2012.

Patrick R. Baird and Steven H. Mustoe, Prairie Village, KS, for Appellant.

John W. Roe and Mark H. Epstein, Kansas City, MO, for Respondent.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

**Order**

PER CURIAM:

H.B. Construction, Inc. d/b/a Hill Brothers Construction, Inc., appeals the judgment of the Circuit Court of Clay County, Missouri, in favor of Smithville 169, LLC. Finding no error, we affirm the trial court's judgment and have provided the

parties with a memorandum explaining our ruling. Rule 84.16(b).